IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In Re:   Richard Strother,                                    Case No.: 16-18234 PGH

      Debtor.
_____/

HYLAS YACHTS, INC., a Massachusetts                  Adversary Case No.: 16-01464 PGH
Corporation,

      Plaintiff,
vs.

RICHARD T. STROTHER, an individual,

      Defendant.
_____/

**RESPONSE AND MEMORANDUM OF LAW IN OPPOSITON
TO MOTION FOR CONTEMPT**

      Creditor, Hylas Yachts, Inc., a Massachusetts corporation (hereinafter "Judgment Creditor"), by and through its undersigned counsel and pursuant to the applicable Federal Rules of Civil Procedure and the local rules of court, herein files its response and memorandum of law in opposition to the motion for contempt[1] as follows.

**INTRODUCTION AND BACKGROUND INFORMATION**

      1.     The Judgment Debtor filed a motion for contempt against the undersigned counsel and the Judgment Creditor based on the undersigned counsel's inadvertent filing of personal information regarding the Judgment Debtor.  The judgment creditor filed the bankruptcy schedules and other material information that it relied on to support its motion for summary judgment.  To the extent that the undersigned counsel included information in the filing that should have been redacted, the undersigned apologizes to the court and to the judgment debtor.  However, it appears that the judgment debtor is attempting to use this good faith, inadvertent mistake to create rights

---

[1] DE 94

for the judgment debtor that otherwise do not exist. There are less restrictive remedies to protect the judgement debtor's personal information than the remedies advanced by the motion for contempt.

2. The argument in support of such assertion is contained in the attached memorandum of law.

## MEMORANDUM OF LAW

Bankruptcy Rule 9037 "does not. . ..provide a private right of action. . ..to. . ..assess sanctions against the defendant for attaching documentation to the proof of claim containing the plaintiff's full social security number and birth date. The remedy for violations of Rule 9037 is either redaction of for the court to restrict access to unredacted information. Sanctions would only be appropriate where it is shown that a creditor flaunted the law with knowledge of its prescriptions, failed to take remedial action once violations were discovered, or acted deliberately as opposed to mistakenly or inadvertently". *In re Maple,* 434 B.R. 363 (E.D. VA 2010). There, the court found that, while the debtors sensitive information was disclosed, the debtors were not entitled to recover damages for contempt. There were no facts that would indicate a flagrant violation of Rule 9037. This is not a private cause of action. There are no facts that would indicate that the undersigned did something that was willful and malicious. There are no allegations of repeat violations. The remedy for this is to simply restrict any personal information from the date of the order.

## CONCLUSION

For the reasons that are more particularly contained herein, Judgment Creditor would respectfully request that the Court deny the motion for contempt and further grant the Judgment Creditor any further relief that the Court deems fair, just and equitable.

Respectfully submitted,

THE LAW OFFICES OF GEOFFREY D. ITTLEMAN, P.A.
110 S.E. 6th Street, Suite 2300
Fort Lauderdale, Florida 33301
Tel: (954) 462-8340
Fax: (954) 462-8342
geoffrey@ittlemanlaw.com

By: /s/Geoffrey Ittleman
Geoffrey D. Ittleman, Esq.
Fla. Bar No.: 377790

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF on this the 24th day of July, 2018 via email transmission and United States First Class mail to the parties on the attached service list the court's matrix.

THE LAW OFFICES OF GEOFFREY D. ITTLEMAN, P.A.
110 S.E. 6th Street, Suite 2300
Fort Lauderdale, Florida 33301
Tel: (954) 462-8340
Fax: (954) 462-8342
geoffrey@ittlemanlaw.com

By: /s/Geoffrey Ittleman
Geoffrey D. Ittleman, Esq.
Florida Bar No.: 377790

# MASTER SERVICE LIST

CASE NO.: 16-18234-PGH

## CHAPTER 7 ELECTRONIC NOTICE LIST

Jeffrey S. Baker, Esq.
bakerlaw@aol.com

Richard Strother, pro se
ricstro33@gmail.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Michael R Bakst, Esq.
efileu1094@gmlaw.com
fl65@ecfcbis.com
efileu1092@gmlaw.com
efileu1093@gmlaw.com
Melissa.bird@gmlaw.com

Matthew S. Kish, Esq.
matt@kish-law.com
kishmatthew@efc.inforuptcy.com

Geoffrey D. Ittleman, Esq.
geoffrey@ittlemanlaw.com
sigi@ittlemanlaw.com

## UNITED STATES MAILING LIST

Richard Tuckerman Strother
POB 161
Palm Beach, FL 33480

Michael R Bakst
P. O. Box 407
West Palm Beach, FL 33402
Office of the US Trustee

Office of the US Trustee
51 S.W. 1st Ave. Suite 1204
Miami, FL 33130