

**ORDERED in the Southern District of Florida on July 26, 2018.**

*/s/ Mindy A. Mora*
_____
**Mindy A. Mora, Judge**
**United States Bankruptcy Court**
_____

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| In Re:    Richard Strother, | Case No.: 16-18234 PGH |
| Debtor. _____/ | |
| HYLAS YACHTS, INC., a Massachusetts Corporation, | Adversary Case No.: 16-01464 MAM |
| Plaintiff, vs. | |
| RICHARD T. STROTHER, an individual, | |
| Defendant. _____/ | |

*In Re: Richard Strother*
*Case No: 50 2018 CA 008542 MB (AG)*

## ORDER DENYING MOTION FOR CONTEMPT AND SANCTIONS [DE 94]

THIS MATTER having come before the Court on the defendant's motion for contempt and for sanctions and the court, having considered the motion, having considered the plaintiff's response to the motion and having considered the position of counsel and the defendant at the hearing on the motion, and being otherwise duly informed on the premises, it is hereby:

**ORDERED** and **ADJUDGED** as follows:

1. The defendant's motion to dismiss is **DENIED**.

# # #

Submitted by:

Geoffrey Ittleman, Esquire
The Law Offices of Geoffrey D. Ittleman, P.A.
110 S.E. 6th Street, Suite 2300
Fort Lauderdale, Florida 33301
Tel: (954) 462-8340
Fax: (954) 462-8342
geoffrey@ittlemanlaw.com

Attorney Ittleman is directed to serve copies of the order upon all interested parties and to file a certificate of service with the Court.